# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 09-06913 (SEK) |
| MYRIAM MARIA ROMAN SANTIAGO | CHAPTER 13 |
| (DEBTOR) | |

## INFORMATIVE MOTION
## (POST CONFIRMATION MODIFIED PLAN DATED 04/04/2011)

**TO THE HONORABLE COURT:**

Comes now Debtor, represented by the undersigned attorney, and represents as follows:

1.  Debtor informs of the separate filing of Post Confirmation Modified Plan:

    a. Post Confirmation Modified Plan: _to increase base to cure post petition mortgage payments arrears and to include attorney's fees provision and treatment for the arrears._

**WHEREFORE,** Debtor prays from this Honorable Court to take notice and allow filing of the post confirmation modified plan.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within twenty eight (28) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: U.S. Trustee, and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, April 4, 2011.

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416
jimenezlawoffice@gmail.com

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  Case No. **09-06913**

**ROMAN SANTIAGO, MYRIAN MARIA**  Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **4/04/2011**  ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION  Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **500.00** x **60** = $ **30,000.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **30,000.00**

Additional Payments:
$ **96,000.00** to be paid as a LUMP SUM within **24 months** with proceeds to come from:

☑ Sale of Property identified as follows:
**COMMERCIAL PROPERTY AT DORADO, PR & EQUIPMENT USED FOR THE RESTAURANT-BAR AND RENTAL BUSINESS.**
☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **126,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,274.00**

Signed: **/s/ MYRIAM MARIA ROMAN SANTIAGO**
Debtor

___
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ **225.00**
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BPPR**  Cr. **ISLAND FINANCE**  Cr. ___
# **XXXXXXXX4812559**  # **1903 pre & post**  # ___
$ **8,417.36**  $ **16,445.03**  $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRST BANK**  Cr. ___  Cr. ___
# **XXXXX7110**  # ___  # ___
$ **26,954.90**  $ ___  $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
___
5. ☐ Other:
___
6. ☑ Debtor otherwise maintains regular payments directly to:
**R&G MORT**  **BPPR**  **ISLAND FINANCE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**  Phone: **(787) 282-9009**

AMENDED CHAPTER 13 PAYMENT PLAN

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | CARLOS MEDINA | | |
| | ILVA BERRIOS MON' | | |
| | IVAN MARTINEZ TOF | | |
| | JOHN DOE | | |
| | JOHN SMITH | | |
| | JOSE C. RAMOS MO | | |
| | JOSE E. MORALES | | |
| | MARANGELI DEL VA | | |
| | VALERY MOLINA RC | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 2 of 2

1. ISLAND FINANCE'S POST PETITION ARREARS WILL BE CURED AS FOLLOWS, DEBTOR WILL PAY $9,000.00 DIRECTLY TO SAID CREDITOR:
   a. $3,000.00 ON/BEFORE APRIL 12, 2011
   b. $3,000.00 ON/BEFORE MAY 12, 2011
   c. $3,000.00 ON/BEFORE JUNE 12, 2011

2. DEBTOR WILL RESUME MONTHLY DIRECT PAYNMENTS IN APRIL, 2011. THE REMAINING BALANCE OF $5,244.03 WILL BE CURED THROUGH THIS POST CONFIRMATION MODIFIED PLAN.

3. R&G MORTGAGE (POC #3-1) WILL BE PAID IN-FULL, DIRECTLY, UPON SALE OF PROPERTY WITHIN 24 MONTHS OF FILING, OTHERWISE, THE STAY WILL BE LIFTED.

4. INSURANCE WILL BE PROVIDED TO SECURED AUTOMOBILE LIENHOLDER FIST BANK (POC #6) THROUGH A TRUSTEE APPROVED INSURER UPON MATURITY DATE OF ORIGINAL CONTRACT (MAY 31, 2014) IF NECESSARY, DEBTORS ESTIMATE THAT THIS CLAIM WILL HAVE BEEN PAID IN FULL WITHIN THE FIRST 24 MONTHS OF THE PLAN, BEFORE THE INSURANCE HAS ELAPSED. THIS SECURED CREDITOR WILL BE PAID AHEAD OF OTHER SECURED CREDITORS DUE TO ACCELERATED DEPRECIATION OF ITS COLLATERAL. PRE CONFIRMATION ADEQUATE PROTECTION PAYMENTS WILL BE PAID TO THIS CREDITOR UPON FILING OF THE ITS CLAIM AND UP TO CONFIRMATION OF THE PLAN IN THE AMOUNT OF $225.00 PER MONTH.

5. GENERAL UNSECURED CREDITORS' CLAIMS SHALL RECEIVE PAYMENT OF 100% + 6 % PRESENT VALUE INTEREST.

6. THE PLAN INCLUDE $350.00 ATTORNEY'S FEES FOR THE PCM.

ROMAN SANTIAGO MYRIAN MARIA
URB HACIENDA DEL DORADO
G-5 INDIA LAUREL
TOA ALTA PR 00953

JIMENEZ - QUINONES LAW OFFICES
268 PONCE DE LEON STE 1118
SAN JUAN PR 00918-2007

AEE
ANKRUPTCY CLAIMS OFFICE
PO BOX 364267
SAN JUAN PR 00936

ASOC DE RESIDENTES HACIENDA DEL DORADO
PO BOX 4069
BAYAMON PR 00958

BANCO POPULAR DE PR
PO BOX 71375
SAN JUAN PR 00936-7077

BERRIOS
EMPRESAS BERRIOS INC
PO BOX 674
CIDRA PR 00739-0674

BPPR
BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN PR 00936-2708

CARLOS MEDINA
LESSOR
47-13 CALLE 41 URB SIERRA BAYAMON
APT3
BAYAMON PR 00961

CITIFINANCIAL PLUS
JARDINES DE TOA ALTA
TOA ALTA PR 00953

CITIFINANCIAL PLUS
AVENIDA LOS DOMINICOS
TOA ALTA PR 00953

CRIM
PO BOX 195387
SAN JUAN PR 00918-5387

DEPARTAMENTO DE HACIENDA
PO BOX 9024140 OFICINA 424-B
SAN JUAN PR 00902-4140

FIA CARD SERVICES
PO BOX 15026
WILMINGTON DE 19850-5026

FIA CARD SERVICES
PO BOX 15720
WILMINGTON DE 19850-5720

FIA CARD SERVICES
1110 NORTH KING STREET
WILMINGTON DE 19801

FIRST BANK
PO BOX 13817
SAN JUAN PR 00908-3817

HOME DEPOT CREDIT SERVICES
C/O CITI CARDS
PO BOX 689106
DES MOINES IA 50368-9106

ILVA BERRIOS MONTESINO
LESSOR
47-13 CALLE 41 URB SIERRA BAYAMON
APT5
BAYAMON PR 00961

INTERNAL REVENUE SERVICES
PO BOX 21126
PHILADELPHIA PA 19114

ISLAND FINANCE
ORIENTAL BANK GROUP BUILDING
998 CALLE SAN ROBERTO STE 3000
SAN JUAN PR 00926

ISLAND FINANCE
DRIVE IN PLAZA LOCAL
BAYAMON PR 00960

IVAN MARTINEZ TORRES
LESSOR
CARR 872 KM 10 RIO PLANTATION HT
BAYAMON PR 00961

JOHN DOE
47-13 CALLE 41 URB SIERRA BAYAMON
APT2
BAYAMON PR 00961

JOHN SMITH
LESSOR
CARR 872 KM 10 RIO PLANTATION HT
BAYAMON PR 00961

JOSE C RAMOS MORALES &
MYRNA ORTIZ CARMONA - LESSORS
47-13 CALLE 41 URB SIERRA BAYAMON
APT1
BAYAMON PR 00961

JOSE E MORALES
LESSOR
47-13 CALLE 41 URB SIERRA BAYAMON
APT4
BAYAMON PR 00961

LCDO JUAN C VILLANUEVA LOPEZ
PO BOX 10441
SAN JUAN PR 00922

LVNV FUNDING LLV
RESURGENT CAPIOTAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MARANGELI DEL VALLE
LESSOR
CARR 872 KM 10 RIO PLANTATION HT
BAYAMON PR 00961

PREFERRED HOME SERVICES INC
PO BOX 4069
BAYAMON PR 00958-1069

R & G MORTGAGE CORPORATION
DIVISION LEGAL
EDIF VIG TOWER 1225 PONCE DE LEON AVE
SANTURCE PR 00907

R&G MORT
R & G MORTGAGE CORPORATION
PO BOX 362394
SAN JUAN PR 00936-2394

RMS
PO BOX 4836
RICHFIELD OH 44286

SAMS DISCOVER
PO BOX 960013
ORLANDO FL 32896-0013

SANTANDER FINANCIAL
PO BOX 362589
SAN JUAN PR 00936-2589

SEARS
CARD SERVICE CENTER
PO BOX 6283
SIOUX FALLS SD 57117-6283

T MOBILE
12920 SE 38TH STREET
BELLEVIEW WA 98006

TMCPR
TOYOTA MOTOR CREDIT DE PUERTO RICO
PO BOX 71410
SAN JUAN PR 00936-8510

TOYOTA CREDIT DE PUERTO RICO
PARQUE LAS AMERICAS I SUITE 501
235 CALLE FEDERICO COSTAS
SAN JUAN PR 00936-8510

TOYOTA FINANCIAL SERVICES
PO BOX 71410
SAN JUAN PR 00936-8510

TREASURY SECRETARY
DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

UNIVERSAL FIDELITY CORPORATION
PO BOX 941911
HOUSTON TX 77094-8911

VALERY MOLINA RODRIGUEZ
LESSSOR
CARR 872 KM 10 RIO PLANTATION HT
BAYAMON PR 00961

WASTE MANAGEMENT
PO BOX 594
CAGUAS PR 00726-0594